## 52031. WESTBROOK v. THE STATE.

BELL, Chief Judge.
Defendant was convicted of possession of heroin with intent to distribute in violation of the Georgia Controlled Substances Act. On appeal he contends only that the evidence is insufficient to authorize the conviction. A review of the transcript reveals that the evidence sufficiently shows each element of the offense charged. The conviction was authorized.
*Judgment affirmed. Clark and Stolz, JJ., concur.*

SUBMITTED APRIL 5, 1976 — DECIDED APRIL 21, 1976.

*R. Allen Hunt,* for appellant.
*Lewis R. Slaton, District Attorney, Joseph J. Drolet, Carole E. Wall, Assistant District Attorneys,* for appellee.